

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2017

No. 04-17-00704-CV

Russell **AMSBERRY**,
Appellant

v.

Alejandra **SALAZAR**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court signed an Order Confirming Award & Final Judgment on July 13, 2017. Appellant filed a timely motion for reconsideration on August 11, 2017. Therefore, the notice of appeal was due to be filed on October 11, 2017. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on October 26, 2017. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We, therefore, ORDER appellant to file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2017.



KEITH E. HOTTLE,
Clerk of Court